UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMER THOMPSON,

          Plaintiff,

Case No. 1:19-cv-718

v.

ACCOUNT DISCOVERY
SYSTEMS, LLC, et al.,

          Defendants.
_____/

NOTICE OF DISMISSAL OF SOME PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff hereby gives notice of the immediate dismissal from this action, without prejudice, of defendants Diverse Funding Associates LLC, DNF Associates LLC, Luis Daniel Mendez and Lawrence A. Schiavi Jr.

Dated: September 4, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com