UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMER THOMPSON,

        Plaintiff,

v.

ACCOUNT DISCOVERY
SYSTEMS, LLC, et al.,

        Defendants.
_____/

Case No. 1:19-cv-718

HON. JANET T. NEFF

## NOTICE OF DISMISSAL OF SOME PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff hereby gives notice of the immediate dismissal from this action, with prejudice, of defendants Lakeside Recovery Solution Inc., Louis L. Mendez, Damien H. Mendez and Nicholas J. Szalkowski.

Dated: October 12, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com