UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMER THOMPSON,

        Plaintiff,

v.

ACCOUNT DISCOVERY
SYSTEMS, LLC, et al.,

        Defendants.
_____/

Case No. 1:19-cv-718

HON. JANET T. NEFF

NOTICE OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff hereby gives notice of the immediate dismissal of this action, with prejudice, as to the two remaining defendants, Levark Holdings, LLC and Levon D. Masich.

Dated: October 21, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com